IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS P. MCGINN, | ) | ORDER ON CONTINUATION OF |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

   As result of the hearing of today the defendant is found in violation of his supervised release.  The charges set out in paragraphs 3 and 5 of the Amended Petition for Warrant of Summons for Offender under Supervision have been admitted and

   IT IS ORDERED that:

   1.   counsel for the plaintiff shall submit to the prosecutor and to me no later than the end of the day of May 9, 2005, (1) information on behalf of the defendant as to whether Valley Hope will permit the defendant to resume treatment at that facility and (2) information regarding psychiatric treatment for depression;

   2.   counsel for the defendant shall inform the prosecutor and me no later than 4:30 p.m. on May 18, 2005, information as to the defendant's status at Valley Hope;

   3.   a continuation of today's hearing is scheduled now for May 19, 2005, at 12:15 p.m., for disposition by sentencing, in the absence of a further order of the court.

   Dated May 2, 2005.

                              BY THE COURT


                              s/ Warren K. Urbom
                              United States Senior District Judge