IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS P. MCGINN, | ) | ORDER CONTINUING DISPOSITIONAL |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

In light of the report submitted by the defendant through his counsel,

IT IS ORDERED that:

1. the dispositional hearing is continued to June 20, 2005, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall participate in good faith in the treatment program at the treatment facility, and shall authorize the release of confidential information to the supervising officer concerning the level of his participation and cooperation, and the extent of his progress. The defendant shall comply with all rules of the treatment facility;

3. at such time that the defendant completes or is terminated from the treatment program, defendant shall immediately notify his attorney and the supervising officer; and

4. the defendant shall be present at the hearing scheduled in paragraph 1 of this order.

Dated May 19, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge