IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS P. MCGINN, | ) | ORDER RESCHEDULING |
| | ) | DISPOSITIONAL HEARING |
| Defendant. | ) | |
| | ) | |

Because of a conflict with scheduling,

IT IS ORDERED that:

1.  the dispositional hearing is rescheduled to June 14, 2005, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2.  the defendant shall be present at said hearing.

Dated May 31, 2005.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge