IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:99CR3074 |
| ) | |
| v. ) | |
| ) | **AMENDED** |
| THOMAS P. MCGINN, ) | MEMORANDUM AND ORDER |
| ) | |
| Defendant. ) | |

Following the detention hearing held on July 19, 2005 and in accordance with my decision announced from the bench,

IT IS ORDERED:

Pending the revocation hearing, the defendant shall be released on his present conditions of supervised release and the following additional conditions:

1. The defendant shall execute an appearance and compliance bond agreeing to forfeit upon failing to appear as required **or failing to abide by any of the conditions of this order**, the following sum of money or designated property: $1,000.00.

2. The defendant shall post with the court the following amount or percentage of the above described: 100%, i.e., $1,000.00.

3. Defendant shall attend AA/NA meetings on July 20, July 24, and July 27, 2005, and at least twice each week thereafter as directed by the supervising officer

4. Defendant shall report to the United States Probation Office on July 21, July 25, and July 28, 2005 **precisely** at the time set by the United States Probation Officer, and thereafter on such dates as directed by the supervising officer, and at each such reporting meeting:

 a. Shall present to the supervising officer proof of attendance and participation at the AA/NA meetings required by Paragraph 3, above; and

 b. Shall be prepared to provide a urine sample during the meeting with the probation officer.

5. Defendant shall abide by the following curfew: Be physically present at his place of residence at the Oxford House between the hours of 8:00 p.m. and 6:00 a.m. every day. This curfew shall be monitored electronically, unless such monitoring is not possible, at the defendant's expense, payable in advance; otherwise this curfew shall be monitored by the supervising officer as he deems appropriate.

Defendant is admonished that ANY failure to abide by ANY of these conditions WILL result in his immediate arrest and confinement.

DATED this 20th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge