```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS P. MCGINN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A hearing was held before me this date on the warrant issued by me on July 25, 2005 as a result of the report of the probation officer that the defendant had not produced a urine sample. Evidence was adduced and arguments heard, and the defendant also addressed the court. In accordance with my decision announced from the bench,

IT IS ORDERED:

1. The previous order of release, filing 75, is revoked and the defendant shall be held in custody pending the prompt rescheduling of his revocation as soon as possible.

2. The United States Marshal shall immediately take all measures necessary to ensure the defendant is provided prompt medical attention.

DATED this 26th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge