IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS P. MCGINN, | ) | ORDER RESCHEDULING REVOCATION |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

Because there is a conflict in the schedule of the probation officer for the defendant,

IT IS ORDERED that:

1.   the revocation hearing for the defendant is rescheduled and shall commence at 10:00 a.m. on August 3, 2005, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2.   the defendant shall be present for said hearing.

Dated August 1, 2005.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge