IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:99CR3074 |
| v. | ) | |
| THOMAS P. McGINN, | ) | ORDER |
| Defendant. | ) | |

Pursuant to the hearing held August 3, 2005, regarding the Petition for Warrant or Summons for Offender Under Supervision (filing 70),

IT IS ORDERED:

1. Defendant is given until Friday, August 5, 2005, at 12:00 Noon to inform the government and the court of upcoming medical procedures and the length of time necessary to perform them.

2. The defendant shall not have contact with Colleen Beran or any member of her family while on release.

3. Defendant released under same conditions of supervised release until further order of the court.

DATED this 3rd day of August, 2005.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge