IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 AUG -8  PM 2: 48

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:99CR3074 |
| vs. | ) | |
| THOMAS P. MCGINN, | ) | ORDER FOR ISSUANCE OF |
| | ) | BENCH WARRANT |
| Defendant. | ) | |

The defendant, Thomas P. McGinn, failed to self surrender to the United States Marshal or his deputy at the United States Courthouse in Lincoln, Nebraska, no later than 2:00 p.m. on Monday, August 8, 2005.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Thomas P. McGinn, commanding the arresting officer to bring him before the Court forthwith.

BY THE COURT:

Warren K. Urbom
United States Senior District Judge

DATED this _8th_ day of August, 2005.

bench warrant issued 8/8/05; copies to USM + USA