IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS P. MCGINN, | ) | ORDER REGARDING MEDICAL |
| | ) | RECORDS |
| Defendant. | ) | |
| | ) | |

     The defendant was "given until Friday, August 5, 2005, at 12:00 noon to inform the government and the court of upcoming medical procedures and the length of time necessary to perform them." (Order, filing 85).   Defendant's counsel prior to 12:00 noon on August 5, 2005, delivered to the court a letter dated August 5, 2005, from Dr. Miles C. Tommeraasen, and a report from BryanLGH Medical Center-East - Lincoln, NE 68506-1299, consisting of pages 1 through 5 and pages 8 through 12.  The letter and report were filed as Exhibit A and attached to the Order of Self Surrender, filing 88.

     At the request of the court, defense counsel provided on August 8, 2005,  pages 6, 7 and 13 of the report from BryanLGH Medical Center-East-Lincoln NE 68506-1299.

     IT THEREFORE IS ORDERED that the letter dated August 5, 2005, from Dr. Miles C. Tommeraasen and the complete report, pages 1 through 13,  from BryanLGH Medical Center-East-Lincoln, NE 68506-1299 be filed and transmitted to the Bureau of Prisons to be made a part of the defendant's file.

     Dated August 9, 2005.

                                     BY THE COURT

                                     s/ Warren K. Urbom
                                   United States Senior District Judge